# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| JUDITH PAULSON, § § Plaintiff, § § v. § § DIVERSIFIED ADJUSTMENT SERVICE, § INC., § § Defendant. § § | Civil Action No. 3:19-cv-00077-PDW-ARS |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: December 13, 2019

/s/ Joseph C. Hoeffel
Joseph C. Hoeffel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 215-540-8817
Email: teamkimmel@creditlaw.com

# CERTIFICATE OF SERVICE

       I, Joseph C. Hoeffel, Esquire, do certify that I served a true and correct copy of the Notice of Voluntary Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Diversified Adjustment Service, Inc.
600 Coon Rapids Boulevard
Coon Rapids, MN 55433

December 13, 2019                       <u>/s/ Joseph C. Hoeffel</u>
                                               Joseph C. Hoeffel, Esq.
                                               Kimmel & Silverman, P.C.
                                               30 East Butler Pike
                                               Ambler, PA 19002
                                               Phone: 215-540-8888
                                               Fax: 215-540-8817
                                               Email: teamkimmel@creditlaw.com